The People of the State of New York, Respondent, v Charles Sealey, Appellant. [875 NYS2d 911]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 31, 2007 (*People v Sealey,* 42 AD3d 578 [2007]), affirming a judgment of the Supreme Court, Queens County, rendered March 31, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Rivera, Skelos and Balkin, JJ., concur.